```
Court Name: District of South Dakota
Division: 3
Receipt Number: SDX300000326
Cashier ID: jbowers
Transaction Date: 08/14/2006
Payer Name: Riter Rogers Wattier Brown
-------------------------------------
CIVIL FILING FEE
  For: Riter Rogers Wattier Brown
  Amount:        $350.00
-------------------------------------
CHECK
  Check/Money Order Num: 8682
  Amt Tendered: $350.00
-------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CV06-4139; Dakota Truck
Underwriters v Annett Holdings,
Inc.; civil filing fee
```