FILED
NOV 30 2007

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAKOTA TRUCK UNDERWRITERS, <br><br> Plaintiff, <br><br> vs. <br><br> ANNETT HOLDINGS, INC., <br><br> Defenants | Civ. 06-4139 <br><br> **STIPULATION FOR DISMISSAL OF COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 41(a)(1) and (c)** |

Plaintiff Dakota Truck Underwriters and Defendant Annett Holdings, Inc., by and through their undersigned counsel, hereby stipulate and agree that the Defendant's Counterclaim against the Plaintiff may be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Fed. R. Civ. P. 41(c).

Dated this 29 day of November, 2007.

JOHNSON, HEIDEPRIEM, JANKLOW,
ABDALLAH & JOHNSON, L.L.P.

By _____
Steven M. Johnson
A. Russell Jankow
Shannon R. Falon
431 North Phillips Ave., Suite 400
Sioux Falls, SD 57104-5933
(605) 338-4304

~and~

Mark J. Herzberger AT0003559
MOYER & BERGMAN, P.L.C.
2720 1st Avenue N.E.
P. O. Box 1943

Cedar Rapids, IA 52406-1943
Telephone: 319-366-7331
Facsimile: 319-366-3668
E-mail: mherzberger@moyerbergman.com

*Attorneys for Defendant*

Dated this 20th day of November, 2007.

**DAVENPORT, EVANS, HURWITZ & SMITH, LLP**

BY: _____
Roberto A. Lange
Cheryle W. Gering
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation for Dismissal of Counterclaim Pursuant to Fed. R. Civ. P. 41(a)(1) and (c) of was served by electronic filing upon the following individuals:

Roberto A. Lange
Cheryle W. Gering
Davenport, Evans, Hurwitz & Smith, LLP
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030

Dated this 20th day of November, 2007.

_____
Steven M. Johnson

2