UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| DAKOTA TRUCK UNDERWRITERS, | * | CIV. 06-4139 |
| Plaintiff, | * | |
| vs. | * | **JOINT STIPULATION FOR DISMISSAL** |
| ANNETT HOLDINGS, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Come now the Plaintiff, Dakota Truck Underwriters, and the Defendant, Annett Holdings, Inc., by and through their respective counsel of record, and hereby stipulate that the Court may enter a judgment of dismissal, with prejudice, of all allegations, claims and causes of action asserted by Plaintiff in the above-entitled action, as well as all defenses, claims and causes of actions asserted by the Defendant, with each party to pay their own attorneys' fees and costs.

Dated this 17th day of November, 2008.

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.

Cheryle Wiedmeier Gering
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: cgering@dehs.com
*Attorneys for Plaintiff*

Dated this 29th day of October, 2008.

                                   JOHNSON, HEIDEPRIEM, ABDALLAH
                                   & JOHNSON, LLP

Steven M. Johnson
Shannon Falon
431 North Phillips Avenue, Suite 400
Sioux Falls, SD 57104-5933
Telephone: (605) 338-4304
Facsimile: (605) 338-4162
E-mail: steve@jhjaj.com; shannon@jhjaj.com

and

_____
Mark J. Herzberger  AT0003559
Moyer & Bergman, PLC
P.O. Box 1943
Cedar Rapids, IA 52406-1943
Telephone: (319) 366-7331
Facsimile: (319) 366-3668
E-mail: mherzberger@moyerbergman.com

*Attorneys for Defendants*

F:\WP\MJH2\TrueNorth\Annett Holdings\_Stip (Jt) Dismissal FINAL.doc

2