UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**
NOV 25 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DAKOTA TRUCK UNDERWRITERS, | CIV 06-4139 |
| Plaintiff, | |
| vs. | |
| ANNETT HOLDINGS, INC., | JUDGMENT OF DISMISSAL |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Stipulation for Dismissal, Doc. 74, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff, including all allegations, claims and causes of action asserted by the Plaintiff, as well as all defenses, claims and causes of action asserted by the Defendant, is hereby dismissed upon the merits, with prejudice, and with each party to pay its own costs and attorney's fees.

Dated this 25th day of November, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY _____
         DEPUTY